**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES**<br><br>This Document Relates To: All Actions | Case No.: 26-mc-00164<br><br>[Related to Master File No. 3:23-cv-01033-RS pending in the Northern District of California] |

**NOTICE OF NON-PARTY TELADOC HEALTH, INC.'S MOTION TO QUASH OR MODIFY DEPOSITION SUBPOENA**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the supporting Declaration of Eric S. Pettit, the accompanying exhibits, and such evidence and argument as the Court may allow, Non-Party movant Teladoc Health, Inc. hereby moves this Court pursuant to Federal Rule of Civil Procedure 45(d)(3) to quash or, in the alternative, to modify a deposition Subpoena issued by counsel for the Plaintiffs.

Dated: April 21, 2026

**GLENN AGRE BERGMAN & FUENTES LLP**

By: */s/ L. Reid Skibell*
L. Reid Skibell
rskibell@glennagre.com
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

**PETTIT STEIN LLP**

Eric S. Pettit (*pro hac vice application pending)*
California State Bar No. 234657
eric@pettitstein.com

626 Wilshire Blvd., Ste 410
Los Angeles, CA 90017-2915
Telephone: (213) 928-2384

*Attorneys for Non-Party Teladoc Health, Inc.*